AID INVESTMENT & DISCOUNT, INC., Plaintiff-Appellee, v. BAKER et,
Defendants-Appellants.

Ohio Appeals, Second District, Franklin County.

No. 5255.  Decided April 6, 1955.

Rowe, Dunkle & Davis, Columbus, for plaintiff-appellee
Jack M. Parrish, Columbus, for defendant-appellant, Dorothy Grubb.

### OPINION

By THE COURT.

This is a motion to dismiss the appeal for the reason that the order appealed from is not a final order.  The record discloses that the order to which the appeal is directed is one sustaining a demurrer to certain interrogatories.  This is not a final order.  See Stanley v. Martin, 12 O. C. C. (N. S.) 457.

The motion will be sustained.

MILLER, PJ, HORNBECK and WISEMAN, JJ, concur.